**97–1552.   State ex rel. Cottrell v. Economy Linen & Towel Serv. of Zanesville, Inc.**
Franklin App. No. 96APD05–589.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and PFEIFER, JJ., dissent.

**97–2537.   Robert v. Fifth Appellate Dist.**
In Mandamus.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–2631.   State ex rel. Welch v. Court of Appeals for Lucas Cty.**
In Procedendo.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–2685.   Blackwell v. Bessey.**
In Procedendo.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–2721.   State ex rel. Laguta v. Corrigan.**
In Mandamus.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–2731.   Campbell v. Court of Appeals.**
In Procedendo.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–4.   State ex rel. Simmons v. First Appellate Dist.**
In Mandamus.   On motions to dismiss of Judge Hildebrandt and Judge Kraft.   Motions to dismiss sustained.   Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–127.   State ex rel. Phillips v. Ohio Adult Parole Auth.**
In Habeas Corpus.   *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.